THE TENTH NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMON-ALTY OF THE CITY OF NEW YORK, Respondent.

(Argued March 16, 1880; decided April 6, 1880.)

*Henry H. Anderson* for appellant.

*Francis Lynde Stetson* for respondent.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.